IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Lori Diane Shoemaker, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv330 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on October 17, 2011 (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b).  Based on the notice of Voluntary Dismissal filed by the plaintiff (Doc. 11) and the fact that the defendant did not show cause pursuant to the Court's Order (Doc. 12) by filing any objections to plaintiff's voluntary dismissal.

Therefore, this case is **DISMISSED** without prejudice in accordance with plaintiff's notice of voluntary dismissal (Doc. 11).

IT IS SO ORDERED.

                                                                                ___s/Susan J. Dlott_____
                                                                                Chief Judge Susan J. Dlott
                                                                                United States District Court