IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lori Diane Shoemaker,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:11cv330

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on October 17, 2011 (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b). Based on the notice of Voluntary Dismissal filed by the plaintiff (Doc. 11) and the fact that the defendant did not show cause pursuant to the Court's Order (Doc. 12) by filing any objections to plaintiff's voluntary dismissal.

Therefore, this case is **DISMISSED** without prejudice in accordance with plaintiff's notice of voluntary dismissal (Doc. 11).

IT IS SO ORDERED.

                                          ___s/Susan J. Dlott_____
                                          Chief Judge Susan J. Dlott
                                          United States District Court